No. 684. Mann *v.* Edenborn. March 4, 1935. Petition for writ of certiorari to the Circuit Court of Appeals

for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Messrs. R. E. Milling, A. B. Freyer,* and *R. C. Milling* for respondent.